# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3600

_____

| | | |
|---|---|---|
| Richard Lamphere, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Southern |
| John Mathes; John F. Ault; Kris | * | District of Iowa. |
| Weitzell; Dennis E. Potter; Bob | * | |
| Coady; Jeff Panken, Capt.; T. Sparks, | * | [UNPUBLISHED] |
| Lt.; Nobel, Lt.; Vicky McQuistion, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 3, 2001

Filed: July 10, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Richard Lamphere appeals the 28 U.S.C. § 1915A(b) dismissal of Lamphere's civil rights complaint against prison officials for transferring him to another prison and reducing his class status. Having reviewed the record, we conclude the district court properly dismissed Lamphere's complaint for the reasons explained in the court's order. See Sandin v. Conner, 515 U.S. 472, 483-84 (1995); Cooper v. Schriro,

189 F.3d 781, 783 (8th Cir. 1999) (per curiam); <u>Goff v. Burton</u>, 91 F.3d 1188, 1191 (8th Cir. 1996). Although Lamphere complains the district court did not permit him to amend his complaint before dismissal, he did not seek leave to amend. <u>See</u> <u>Christiansen v. Clarke</u>, 147 F.3d 655, 657-58 (8th Cir.), <u>cert. denied</u>, 525 U.S. 1023 (1998). The court also did not abuse its discretion when it refused to appoint counsel for Lamphere. <u>See</u> <u>Johnson v. Williams</u>, 788 F.2d 1319, 1322-23 (8th Cir. 1986).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Lamphere's pending motion for appointment of counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.